■ WENHAM REALTY CORP., Appellant, v DEAUVILLE ANTIQUES, INC., Respondent. [656 NYS2d 859] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered October 18, 1996, which granted defendant's motion to vacate a default judgment against it on condition that a $15,000 undertaking be posted, unanimously affirmed, with costs.

The motion court properly vacated the default judgment upon findings that the default was inadvertent and the existence of a meritorious defense was sufficiently shown. Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.